Ira Bodenstein
Shaw Fishman
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861
    Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: CIANCIARULO, BETTE ANN | § Case No. 16-02932 |
| | § |
| | § |
| Debtor(s) | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on January 30, 2016.  The undersigned trustee was appointed on January 30, 2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of    $    9,734.73

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 52.24 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 9,682.49 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

      5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6. The deadline for filing non-governmental claims in this case was 06/02/2016 and the deadline for filing governmental claims was 07/28/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,723.47. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests the sum of $1,723.47, for a total compensation of $1,723.47.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $15.00, for total expenses of $15.00.[2]

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/24/2016    By: /s/Ira Bodenstein
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-02932  
**Case Name:** CIANCIARULO, BETTE ANN  

**Period Ending:** 08/24/16

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 01/30/16 (f)  
**§341(a) Meeting Date:** 02/26/16  
**Claims Bar Date:** 06/02/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1   639 Jon Lane<br>Single-family home  Purchased in 19<br>  Orig. Description: 639 Jon Lane<br>Single-family home  Purchased in 1975<br>Value Per Zillow.com<br>PIN#: 09-07-209-005-0000.<br>Entire property value: $164000; Imported from original petition Doc# 1; Exemption: 639 Jon Lane Des Plaines, IL 60016<br>Cook County<br>Purchased in 1975<br>Value Per Zillow.com<br>PIN#: 09-07-209-005-0000 AB-1.1  -  Amount: 15000.00; Lien: Opened<br>3/01/05<br>Last Active<br>8/21/15<br>Other (including a right to offset)<br>639 Jon Lane Des Plaines, IL 60016<br>Cook County<br>Purchased in 1975<br>Value Per Zillow.com<br> PIN#: 09-07-209-005-0000<br>Value $164000  -  Amount: 131294.00; Lien: Opened<br>6/01/02<br>Last Active<br>10/30/15<br>Other (including a right to offset)<br>639 Jon Lane Des Plaines, IL 60016<br>Cook County<br>Purchased in 1975<br>Value Per Zillow.com<br>PIN#: 09-07-209-005-0000<br>Value $164000  -  Amount: 14817.00 | 164,000.00 | 0.00 | | 0.00 | FA |
| 2   Deposits of money - : US Bank<br>   Orig. Description: Deposits of money - : US Bank; Imported from original petition Doc# 1; Exemption: Checking Account No. ending with | 1,982.44 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| **Case Number:** | 16-02932 | **Trustee:** | (330129) | Ira Bodenstein |
|---|---|---|---|---|
| **Case Name:** | CIANCIARULO, BETTE ANN | **Filed (f) or Converted (c):** | 01/30/16 (f) | |
| | | **§341(a) Meeting Date:** | 02/26/16 | |
| **Period Ending:** | 08/24/16 | **Claims Bar Date:** | 06/02/16 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 4182: US Bank AB-17.1 - Amount: 1982.44 | | | | | |
| 3    Deposits of money - : Northwest Municipal Federa<br>    Orig. Description: Deposits of money - : Northwest Municipal Federal Credit Union; Imported from original petition Doc# 1; Exemption: Northwest Municipal Federal Credit<br>Union AB-17.2 - Amount: 100.00 | 100.00 | 0.00 | | 0.00 | FA |
| 4    Used Household Goods, Furnishings, and Appliance<br>    Orig. Description: Used Household Goods, Furnishings, and Appliances; Imported from original petition Doc# 1 | 500.00 | 1.00 | | 0.00 | FA |
| 5    Computer, Printer and Television<br>    Orig. Description: Computer, Printer and Television; Imported from original petition Doc# 1 | 50.00 | 1.00 | | 0.00 | FA |
| 6    Used Clothing<br>    Orig. Description: Used Clothing; Imported from original petition Doc# 1; Exemption: Used Clothing AB-11.1 - Amount: 1.00 | 100.00 | 0.00 | | 0.00 | FA |
| 7    Met Life<br>Whole Life Insurance (value is before<br>p<br>    Orig. Description: Met Life<br>Whole Life Insurance (value is before penalties) Adult Daughter; Imported from original petition Doc# 1; Exemption: Met Life<br>Whole Life Insurance (value is before penalties)<br>Beneficiary: Adult Daughter AB-31.1 - Amount: 1917.56 | 8,391.63 | 6,082.44 | | 9,734.73 | FA |
| 8    : Illinois Municipal Retirement Fund<br>Deceased Sp<br>    Orig. Description: : Illinois Municipal Retirement Fund<br>Deceased Spouse Benefits<br>Value Reflecting Monthly Benefit; Imported from original petition Doc# 1; Exemption: Pension: Illinois | 1,446.80 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 16-02932 | **Trustee:** (330129)  Ira Bodenstein |
| **Case Name:** CIANCIARULO, BETTE ANN | **Filed (f) or Converted (c):** 01/30/16 (f) |
| | **§341(a) Meeting Date:** 02/26/16 |
| **Period Ending:** 08/24/16 | **Claims Bar Date:** 06/02/16 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Municipal Retirement Fund Deceased Spouse Benefits Value Reflecting Monthly Benefi AB-21.1 - Amount: 1.00 | | | | | |
| 9 | Duplicate of asset number 8<br>   Orig. Description: : Illinois Municipal Retirement Fund; Imported from original petition Doc# 1; Exemption: Pension: Illinois Municipal Retirement Fund AB-21.2 - Amount: 1.00 | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Edward Jones Account<br>22 Shares of Sprint<br>   Orig. Description: Edward Jones Account 22 Shares of Sprint; Imported from original petition Doc# 1 | 94.60 | 1.00 | | 0.00 | FA |
| 11 | Illinois Driver's License, FOID Card<br>   Orig. Description: Illinois Driver's License, FOID Card; Imported from original petition Doc# 1 | 0.00 | 1.00 | | 0.00 | FA |
| 12 | Hyundai Elantra 2012 Value Per KBB, PPV. Entire<br>   Orig. Description: Hyundai Elantra 2012 Value Per KBB, PPV. Entire property value: $14299; Imported from original petition Doc# 1; Exemption: 2012 Hyundai Elantra Value Per KBB, PPV AB-3.1 - Amount: 2400.00; Lien: 1/21/216 Other (including a right to offset) 2012 Hyundai Elantra Value Per KBB, PPV Value $14299 - Amount: 11799.00 | 14,299.00 | 0.00 | | 0.00 | FA |
| 13 | One Dog<br>   Orig. Description: One Dog; Imported from original | 20.00 | 1.00 | | 0.00 | FA |

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 4

**Case Number:** 16-02932  
**Case Name:** CIANCIARULO, BETTE ANN  

**Period Ending:** 08/24/16

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 01/30/16 (f)  
**§341(a) Meeting Date:** 02/26/16  
**Claims Bar Date:** 06/02/16

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| petition Doc# 1 | | | | | |
| 13 Assets Totals (Excluding unknown values) | $190,984.47 | $6,087.44 | | $9,734.73 | $0.00 |

**Major Activities Affecting Case Closing:**

    3/31/2016-Trustee liquidating cash value life insurance policy  
    TIN Applied For

**Initial Projected Date Of Final Report (TFR):** December 31, 2016      **Current Projected Date Of Final Report (TFR):** December 31, 2016

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 16-02932  
**Case Name:** CIANCIARULO, BETTE ANN  

**Taxpayer ID #:** **-***4064  
**Period Ending:** 08/24/16  

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8966 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/26/16 | {7} | Bette A. Cianciarulo | Net cash value from Insurance Policy | 1129-000 | 9,734.73 | | 9,734.73 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 9,724.73 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.48 | 9,711.25 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.32 | 9,695.93 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.44 | 9,682.49 |
| | | | **ACCOUNT TOTALS** | | 9,734.73 | 52.24 | **$9,682.49** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 9,734.73 | 52.24 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$9,734.73** | **$52.24** | |

Net Receipts : 9,734.73  
Net Estate : $9,734.73  

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******8966** | 9,734.73 | 52.24 | 9,682.49 |
| | **$9,734.73** | **$52.24** | **$9,682.49** |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** June 2, 2016

**Case Number:** 16-02932  
**Debtor Name:** CIANCIARULO, BETTE ANN

Page: 1

**Date:** August 24, 2016  
**Time:** 09:27:10 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $15.00 | $0.00 | 15.00 |
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $1,723.47 | $0.00 | 1,723.47 |
| NOTFILED<br>100 | Chase Bank<br>Wilmington<br>Po Box 15298<br>Wilmington, DE 19850 | Secured | 3029 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>100 | Chase Bank<br>OH 43224<br>Columbus<br>Columbus, OH 43224 | Secured | 1346 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>100 | TD Auto Finance<br>27777 Franklin Road<br>Farmington, MI 48334 | Secured | | $0.00 | $0.00 | 0.00 |
| 1 -2<br>610 | Discover Bank<br>Discover Products Inc.<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | Amended proof of claim | $8,509.63 | $0.00 | 8,509.63 |
| 2<br>610 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Unsecured | | $1,259.09 | $0.00 | 1,259.09 |
| 3<br>610 | CAPITAL ONE, N.A.<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Unsecured | | $1,358.44 | $0.00 | 1,358.44 |
| 4<br>610 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $1,862.45 | $0.00 | 1,862.45 |
| 5<br>610 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $2,400.69 | $0.00 | 2,400.69 |
| 6<br>610 | Citibank, N.A.<br>c/o Quantum3 Group LLC<br>PO Box 280<br>Kirkland, WA 98083-0280 | Unsecured | | $3,265.34 | $0.00 | 3,265.34 |
| 7<br>610 | Portfolio Recovery Associates, LLC<br>Successor to Synchrony Bank<br>(SAM'S CLUB),POB 41067<br>Norfolk, VA 23541 | Unsecured | | $3,716.90 | $0.00 | 3,716.90 |

Case 16-02932   Doc 22   Filed 08/25/16   Entered 08/25/16 08:55:53   Desc Main
                        Document      Page 9 of 12

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** June 2, 2016

**Case Number:** 16-02932  
**Debtor Name:** CIANCIARULO, BETTE ANN

Page: 2

**Date:** August 24, 2016  
**Time:** 09:27:10 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| << Totals >> | | | | 24,111.01 | 0.00 | 24,111.01 |

**TRUSTEE'S PROPOSED DISTRIBUTION**                                    Exhibit D

Case No.: 16-02932
Case Name: CIANCIARULO, BETTE ANN
Trustee Name: Ira Bodenstein

**Balance on hand:**                                       $         9,682.49

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $         0.00
Remaining balance:                         $     9,682.49

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 1,723.47 | 0.00 | 1,723.47 |
| Trustee, Expenses - Ira Bodenstein | 15.00 | 0.00 | 15.00 |

Total to be paid for chapter 7 administration expenses:    $     1,738.47
Remaining balance:                                          $     7,944.02

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $         0.00
Remaining balance:                                              $     7,944.02

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:    $         0.00
Remaining balance:                        $     7,944.02

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 22,372.54 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 35.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 -2 | Discover Bank | 8,509.63 | 0.00 | 3,021.60 |
| 2 | American InfoSource LP as agent for | 1,259.09 | 0.00 | 447.08 |
| 3 | CAPITAL ONE, N.A. | 1,358.44 | 0.00 | 482.35 |
| 4 | PYOD, LLC its successors and assigns as assignee | 1,862.45 | 0.00 | 661.32 |
| 5 | PYOD, LLC its successors and assigns as assignee | 2,400.69 | 0.00 | 852.43 |
| 6 | Citibank, N.A. | 3,265.34 | 0.00 | 1,159.45 |
| 7 | Portfolio Recovery Associates, LLC | 3,716.90 | 0.00 | 1,319.79 |

Total to be paid for timely general unsecured claims: $ 7,944.02
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**