# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: CIANCIARULO, BETTE ANN           § Case No. 16-02932
                                        §
                                        §
Debtor(s)                               §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Ira Bodenstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

```
Assets Abandoned: $182,592.84              Assets Exempt: $21,402.00
(without deducting any secured claims)

Total Distribution to Claimants: $7,944.02   Claims Discharged
                                             Without Payment: $14,428.52

Total Expenses of Administration: $1,790.71
```

3) Total gross receipts of $ 9,734.73 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $9,734.73 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $157,910.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,790.71 | 1,790.71 | 1,790.71 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 18,621.00 | 22,372.54 | 22,372.54 | 7,944.02 |
| **TOTAL DISBURSEMENTS** | $176,531.00 | $24,163.25 | $24,163.25 | $9,734.73 |

4) This case was originally filed under Chapter 7 on January 30, 2016. The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/21/2016         By: /s/Ira Bodenstein
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Met Life Whole Life Insurance (value is before p | 1129-000 | 9,734.73 |
| **TOTAL GROSS RECEIPTS** | | **$9,734.73** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Chase Bank | 4110-000 | 14,817.00 | N/A | N/A | 0.00 |
| NOTFILED | TD Auto Finance | 4110-000 | 11,799.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Bank | 4110-000 | 131,294.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$157,910.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ira Bodenstein | 2100-000 | N/A | 1,723.47 | 1,723.47 | 1,723.47 |
| Ira Bodenstein | 2200-000 | N/A | 15.00 | 15.00 | 15.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 13.48 | 13.48 | 13.48 |
| Rabobank, N.A. | 2600-000 | N/A | 15.32 | 15.32 | 15.32 |
| Rabobank, N.A. | 2600-000 | N/A | 13.44 | 13.44 | 13.44 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,790.71 | $1,790.71 | $1,790.71 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | None | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -2 | Discover Bank | 7100-000 | 4,815.00 | 8,509.63 | 8,509.63 | 3,021.60 |
| 2 | American InfoSource LP as agent for | 7100-000 | 1,224.00 | 1,259.09 | 1,259.09 | 447.08 |
| 3 | CAPITAL ONE, N.A. | 7100-000 | 1,288.00 | 1,358.44 | 1,358.44 | 482.35 |
| 4 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 1,817.00 | 1,862.45 | 1,862.45 | 661.32 |
| 5 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 2,342.00 | 2,400.69 | 2,400.69 | 852.43 |
| 6 | Citibank, N.A. | 7100-000 | 3,485.00 | 3,265.34 | 3,265.34 | 1,159.45 |
| 7 | Portfolio Recovery Associates, LLC | 7100-000 | 3,650.00 | 3,716.90 | 3,716.90 | 1,319.79 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $18,621.00 | $22,372.54 | $22,372.54 | $7,944.02 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-02932  
**Case Name:** CIANCIARULO, BETTE ANN

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 01/30/16 (f)  
**§341(a) Meeting Date:** 02/26/16

**Period Ending:** 11/21/16  
**Claims Bar Date:** 06/02/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1   639 Jon Lane<br>Single-family home  Purchased in 19<br>  Orig. Description: 639 Jon Lane<br>Single-family home  Purchased in 1975<br>Value Per Zillow.com<br>PIN#: 09-07-209-005-0000.<br>Entire property value: $164000; Imported from original petition Doc# 1; Exemption: 639 Jon Lane Des Plaines, IL 60016<br>Cook County<br>Purchased in 1975<br>Value Per Zillow.com<br>PIN#: 09-07-209-005-0000 AB-1.1  -  Amount: 15000.00; Lien: Opened<br>3/01/05<br>Last Active<br>8/21/15<br>Other (including a right to offset)<br>639 Jon Lane Des Plaines, IL 60016<br>Cook County<br>Purchased in 1975<br>Value Per Zillow.com<br> PIN#: 09-07-209-005-0000<br>Value $164000  -  Amount: 131294.00; Lien: Opened<br>6/01/02<br>Last Active<br>10/30/15<br>Other (including a right to offset)<br>639 Jon Lane Des Plaines, IL 60016<br>Cook County<br>Purchased in 1975<br>Value Per Zillow.com<br>PIN#: 09-07-209-005-0000<br>Value $164000  -  Amount: 14817.00 | 164,000.00 | 0.00 | | 0.00 | FA |
| 2   Deposits of money - : US Bank<br>  Orig. Description: Deposits of money - : US Bank; Imported from original petition Doc#1; Exemption: Checking Account No. ending with | 1,982.44 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-02932  
**Case Name:** CIANCIARULO, BETTE ANN  

**Period Ending:** 11/21/16

**Trustee:** (330129)    Ira Bodenstein  
**Filed (f) or Converted (c):** 01/30/16 (f)  
**§341(a) Meeting Date:** 02/26/16  
**Claims Bar Date:** 06/02/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| | 4182: US Bank AB-17.1 - Amount: 1982.44 | | | | |
| 3 | Deposits of money - : Northwest Municipal Federa<br>   Orig. Description: Deposits of money - : Northwest Municipal Federal Credit Union; Imported from original petition Doc# 1; Exemption: Northwest Municipal Federal Credit<br>Union AB-17.2 - Amount: 100.00 | 100.00 | 0.00 | | 0.00 | FA |
| 4 | Used Household Goods, Furnishings, and Appliance<br>   Orig. Description: Used Household Goods, Furnishings, and Appliances; Imported from original petition Doc# 1 | 500.00 | 1.00 | | 0.00 | FA |
| 5 | Computer, Printer and Television<br>   Orig. Description: Computer, Printer and Television; Imported from original petition Doc# 1 | 50.00 | 1.00 | | 0.00 | FA |
| 6 | Used Clothing<br>   Orig. Description: Used Clothing; Imported from original petition Doc# 1; Exemption: Used Clothing AB-11.1 - Amount: 1.00 | 100.00 | 0.00 | | 0.00 | FA |
| 7 | Met Life<br>Whole Life Insurance (value is before<br>p<br>   Orig. Description: Met Life<br>Whole Life Insurance (value is before penalties) Adult Daughter; Imported from original petition Doc# 1; Exemption: Met Life<br>Whole Life Insurance (value is before penalties)<br>Beneficiary: Adult Daughter AB-31.1 - Amount: 1917.56 | 8,391.63 | 6,082.44 | | 9,734.73 | FA |
| 8 | : Illinois Municipal Retirement Fund<br>Deceased Sp<br>   Orig. Description: : Illinois Municipal Retirement Fund<br>Deceased Spouse Benefits<br>Value Reflecting Monthly Benefit; Imported from original petition Doc# 1; Exemption: Pension: Illinois | 1,446.80 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-02932  
**Case Name:** CIANCIARULO, BETTE ANN  

**Period Ending:** 11/21/16

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 01/30/16 (f)  
**§341(a) Meeting Date:** 02/26/16  
**Claims Bar Date:** 06/02/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Municipal Retirement Fund Deceased Spouse Benefits Value Reflecting Monthly Benefi AB-21.1 - Amount: 1.00 | | | | | |
| 9 | Duplicate of asset number 8<br>　Orig. Description: : Illinois Municipal Retirement Fund; Imported from original petition Doc# 1; Exemption: Pension: Illinois Municipal Retirement Fund AB-21.2 - Amount: 1.00 | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Edward Jones Account<br>22 Shares of Sprint<br>　Orig. Description: Edward Jones Account 22 Shares of Sprint; Imported from original petition Doc# 1 | 94.60 | 1.00 | | 0.00 | FA |
| 11 | Illinois Driver's License, FOID Card<br>　Orig. Description: Illinois Driver's License, FOID Card; Imported from original petition Doc# 1 | 0.00 | 1.00 | | 0.00 | FA |
| 12 | Hyundai<br>Elantra<br>2012<br>Value Per KBB, PPV. Entire<br>　Orig. Description: Hyundai Elantra 2012<br>Value Per KBB, PPV. Entire property value: $14299; Imported from original petition Doc# 1; Exemption: 2012 Hyundai Elantra<br>Value Per KBB, PPV AB-3.1 - Amount: 2400.00; Lien: 1/21/216<br>Other (including a right to offset)<br>2012 Hyundai Elantra<br>Value Per KBB, PPV<br>Value $14299 - Amount: 11799.00 | 14,299.00 | 0.00 | | 0.00 | FA |
| 13 | One Dog<br>　Orig. Description: One Dog; Imported from original | 20.00 | 1.00 | | 0.00 | FA |

Exhibit 8

# Form 1

Page: 4

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-02932  
**Case Name:** CIANCIARULO, BETTE ANN  

**Period Ending:** 11/21/16  

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 01/30/16 (f)  
**§341(a) Meeting Date:** 02/26/16  
**Claims Bar Date:** 06/02/16  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| petition Doc# 1 | | | | | |
| 13   Assets   Totals (Excluding unknown values) | $190,984.47 | $6,087.44 | | $9,734.73 | $0.00 |

**Major Activities Affecting Case Closing:**

3/31/2016-Trustee liquidating cash value life insurance policy  
TIN Applied For

**Initial Projected Date Of Final Report (TFR):** December 31, 2016     **Current Projected Date Of Final Report (TFR):** December 31, 2016

Printed: 11/21/2016 11:44 AM     V.13.28

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 16-02932  
**Case Name:** CIANCIARULO, BETTE ANN  

**Taxpayer ID #:** **-***4064  
**Period Ending:** 11/21/16  

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8966 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/26/16 | {7} | Bette A. Cianciarulo | Net cash value from Insurance Policy | 1129-000 | 9,734.73 | | 9,734.73 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 9,724.73 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.48 | 9,711.25 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.32 | 9,695.93 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.44 | 9,682.49 |
| 10/05/16 | 101 | Ira Bodenstein | Dividend paid 100.00% on $15.00, Trustee Expenses; Reference: | 2200-000 | | 15.00 | 9,667.49 |
| 10/05/16 | 102 | Ira Bodenstein | Dividend paid 100.00% on $1,723.47, Trustee Compensation; Reference: | 2100-000 | | 1,723.47 | 7,944.02 |
| 10/05/16 | 103 | Discover Bank | Dividend paid 35.50% on $8,509.63; Claim# 1-2; Filed: $8,509.63; Reference: | 7100-000 | | 3,021.60 | 4,922.42 |
| 10/05/16 | 104 | American InfoSource LP as agent for | Dividend paid 35.50% on $1,259.09; Claim# 2; Filed: $1,259.09; Reference: | 7100-000 | | 447.08 | 4,475.34 |
| 10/05/16 | 105 | CAPITAL ONE, N.A. | Dividend paid 35.50% on $1,358.44; Claim# 3; Filed: $1,358.44; Reference: | 7100-000 | | 482.35 | 3,992.99 |
| 10/05/16 | 106 | PYOD, LLC its successors and assigns as assignee | Dividend paid 35.50% on $1,862.45; Claim# 4; Filed: $1,862.45; Reference: | 7100-000 | | 661.32 | 3,331.67 |
| 10/05/16 | 107 | PYOD, LLC its successors and assigns as assignee | Dividend paid 35.50% on $2,400.69; Claim# 5; Filed: $2,400.69; Reference: | 7100-000 | | 852.43 | 2,479.24 |
| 10/05/16 | 108 | Citibank, N.A. | Dividend paid 35.50% on $3,265.34; Claim# 6; Filed: $3,265.34; Reference: | 7100-000 | | 1,159.45 | 1,319.79 |
| 10/05/16 | 109 | Portfolio Recovery Associates, LLC | Dividend paid 35.50% on $3,716.90; Claim# 7; Filed: $3,716.90; Reference: | 7100-000 | | 1,319.79 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 9,734.73 | 9,734.73 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 9,734.73 | 9,734.73 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$9,734.73** | **$9,734.73** | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 16-02932  
**Case Name:** CIANCIARULO, BETTE ANN  

**Taxpayer ID #:** **-***4064  
**Period Ending:** 11/21/16  

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8966 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : | 9,734.73 | | | | |
| | | Net Estate : | $9,734.73 | | | | |

| | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | | |
| **Checking # ******8966** | | 9,734.73 | 9,734.73 | 0.00 |
| | | $9,734.73 | $9,734.73 | $0.00 |

{} Asset reference(s)

Printed: 11/21/2016 11:44 AM    V.13.28